**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:14-CR-017-RJC-DCK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **WRIT OF EXECUTION** |
| | ) | |
| **PAMELA KERNS** | ) | |
| | ) | |

TO THE UNITED STATES MARSHAL AND TRUIST BANK:

A Judgment (Document No. 698) was entered on February 18, 2015, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against Defendant, Pamela Kerns, whose last known address is XXXXXXX, Huntersville, NC XXXXX, in the sum of $89,028.82. The balance on the account as of December 11, 2023, is $62,980.20.

**YOU ARE HEREBY COMMANDED** pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 3203 to satisfy the Judgment by levying and/or executing on property, and Truist Bank is commanded to turn over property, in a timely manner and no later than ninety (90) days after the date of the issuance of this Writ of Execution, in which Defendant, Pamela Kerns, Social Security Number XXX-XX-5884, has a substantial nonexempt interest, the property being any and all funds located in Truist Bank accounts in the name of Pamela Kerns, at the following address:

TRUIST BANK
C/O CORPORATION SERVICE COMPANY
2626 GLENWOOD AVE., STE. 550
RALEIGH, NC 27608

**YOU ARE FURTHER COMMANDED** to turn over the net proceeds of the levied property to the United States Clerk of Court. The payment must be mailed to:

UNITED STATES DISTRICT COURT
ATTN: FINANCE DEPARTMENT
401 WEST TRADE STREET
CHARLOTTE, NORTH CAROLINA 28202

To ensure that the payment is credited properly, the following information should be included on the check: Court Number DNCW3:14CR17 and Defendant's Name Pamela Kerns.

**YOU ARE FURTHER COMMANDED** that the levy shall not exceed property reasonably equivalent in value to the balance on the account of $62,980.20.

Signed: December 11, 2023

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to All Parties/Defendants.