IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:14-CR-017-RJC-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| PAMELA KERNS, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the United States of America's "Motion For Dismissal Of Writ Of Execution" (Document No. 1163) filed on December 20, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Writ of Execution (Document. No. 1160) against Defendant Pamela Kerns' accounts, filed on December 12, 2023, is **DISMISSED**.

**SO ORDERED**.

Signed: December 20, 2023

David C. Keesler
United States Magistrate Judge